UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Robert V. Towle

    v.                                      Civil No. 08-cv-155-JL

NH Department of
Corrections, Commissioner, et al.


**O R D E R**

Plaintiff's request to proceed in forma pauperis is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $12.00 is due no later than July 1, 2008.  In addition, 20% of each preceding month's income credited to plaintiff's account to be remitted by the NH Department of Corrections when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid.  Failure to pay the fee as ordered will result in dismissal of the action without prejudice.  In all other respects plaintiff's request for in forma pauperis has been granted.

    SO ORDERED.

                                        /s/ James R. Muirhead
                                        James R. Muirhead
                                        United States Magistrate Judge

Date: May 1, 2008

cc:    Robert V. Towle, pro se
       Bonnie S. Reed, Financial Administrator
       NH Department of Corrections, Inmate Accounts