UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Robert V. Towle

        v.                  Civil No. 08-cv-155-JL

NH Department of Corrections, Commissioner, et al.

### O R D E R

On May 1, 2008, the Court ordered the plaintiff to pay an initial filing fee of $12 no later than July 1, 2008. Failure to pay the fee as ordered would result in dismissal of the action without prejudice. Plaintiff Towle filed an Objection to the Order of payment. The Court's ruling on this Objection was: *Objection overruled. Order of May 1, 2008 stands.*

As the Court has not received the $12 fee as ordered, this case is herewith dismissed without prejudice.

All pending motions are denied as moot without prejudice to being reinstated if the case is reopened.

SO ORDERED.

September 18, 2008

_____
Joseph N. Laplante
United States District Judge

cc:     Robert V. Towle, pro se